**Order entered October 22, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00667-CV**

**IN RE YANIKA DANIELS, Relator**

**Original Proceeding from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-08690**

**ORDER**
Before Justices Osborne, Pedersen, III, and Goldstein

Before the Court are Yanika Daniels's (Relator) August 5, 2021 petition for writ of mandamus and October 11, 2021 motion for emergency relief. Both Relator's appendix, which is attached to her mandamus petition, and her October 11, 2021 motion for emergency relief include documents showing prohibited sensitive data. *See* TEX. R. APP. P. 9.9. Further, we note that on October 5, 2021, this Court ordered Relator's October 4, 2021 motion for emergency relief stricken for failure to comply with Rule 9.9.

We **STRIKE** Relator's October 11, 2021 motion for emergency relief.

We also **STRIKE** Relator's August 5, 2021 petition for writ of mandamus.

We **DIRECT** the Clerk of the Court to remove the following stricken documents from this Court's website: (1) Relator's October 11, 2021 motion for emergency relief; and (2) Relator's August 5, 2021 petition for writ of mandamus and the attached appendix. *See id.* 9.9(e).

This original proceeding is **DISMISSED** without prejudice.

/s/    LESLIE OSBORNE
        JUSTICE